IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARGARITO JESUS GARCIA,

    Petitioner,                    No. CIV-S-09-2804 FCD KJM P

    vs.

M. MARTEL,

    Respondent.              ORDER

_____/

    Petitioner has requested an extension of time to file an opposition to respondent's June 28, 2010 motion to dismiss. He also has asked that the court reconsider his request for the appointment of counsel, but has not convinced the court that its previous denial was in error.

    IT IS HEREBY ORDERED that:

    1. Petitioner's request for an extension of time (Docket No. 16) is granted;

    2. Petitioner is granted up to and including August 28, 2010, in which to file an opposition to the motion to dismiss; and

    3. Petitioner's motion for reconsideration of the order denying the appointment of counsel (Docket No. 16) is denied.

DATED: July 29, 2010.

                                              _____
                                              U.S. MAGISTRATE JUDGE

2/kly garc2804.111+